1   Thomas J. Nolan (SBN 48413)
    Nolan, Armstrong & Barton LLP
2   600 University Ave.
    Palo Alto, Ca. 94301
3   Tel.  (650) 326-2980
    Fax (650) 326-9704
4

5   Counsel for Defendant Perry Ramirez

6

7

8                    **UNITED STATES DISTRICT COURT**

9              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN JOSE DIVISION**

11  UNITED STATES,                          Case No. CR 10-00873 LHK

12                    Plaintiff,            **[PROPOSED] ORDER CONTINUING**
                                            **HEARING DATE AND EXCLUDING**
13              v.                          **TIME UNDER THE SPEEDY TRIAL ACT**

14  PERRY RAMIREZ,

15                    Defendant.

16

17

18

19       IT IS HEREBY ORDERED that the status conference scheduled for March 2, 2011 be

20  continued to March 30, 2011, at 10.00 a.m.

21       Further, IT IS HEREBY ORDERED that pursuant to the Speedy Trial Act, the time be

22  excluded from March 2, 2011 to March 30, 2011.  Based on the aforementioned reasons, the

23  Court finds the ends of justice served by granting the requested continuance outweigh the best

24  interest of the public and the defendant in a speedy trial.  The failure to grant the requested

25  continuance would deny defense counsel reasonable time necessary for effective preparation,

26  taking into account the exercise of due diligence, and would result in a miscarriage of justice.

27

28                                          1

1  The Court therefore concludes that this exclusion of time should be made 18 U.S.C. §§

2  3161(h)(7)(A) and (B)(iv).

3

4  Date:3/1/11                                    _Lucy H. Koh_____

5                                                 The Hon. Lucy H. Koh
                                                   United States District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                               2

**[PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE
SPEEDY TRIAL ACT; CR 10-00827 LHK**